UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

v.  Case No. 8:05-cr-143-T-24 MAP

MICHAEL A. ROSIN
_____/

**ORDER**

This cause comes before the Court on Defendant's Motion for Reconsideration of Order Dated January 23, 2006 [Doc. No. 80] Denying Motion to Exclude Evidence and Testimony, or in the Alternative, For a Continuance. (Doc. No. 84). The Government opposes the motion. (Doc. No. 85).

To the extent that Defendant requests that the Court reconsider its ruling denying Defendant's motion to exclude all documents provided by the Government to Defendant in its discovery letter dated January 12, 2006 as well as all testimony related thereto, the Court finds that Defendant has not shown that reconsideration is warranted, and as such, the motion to reconsider is denied. Furthermore, to the extent that Defendant requests a continuance of the trial, the motion is denied.

Accordingly, it is ORDERED AND ADJUDGED that Defendant's Motion for Reconsideration of Order Dated January 23, 2006 Denying Motion to Exclude Evidence and Testimony, or in the Alternative, For a Continuance (Doc. No. 84) is **DENIED**.

**DONE AND ORDERED** at Tampa, Florida, this 30th day of January, 2006.

SUSAN C. BUCKLEW
United States District Judge

Copies to:
Counsel of Record