UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

v.  Case No. 8:05-cr-143-T-24 MAP

MICHAEL A. ROSIN
_____/

## ORDER

This cause comes before the Court on Defendant's Motion for Access to Underlying Data and Motion for a Continuance. (Doc. No. 88). The Government opposes this motion. (Doc. No. 90).

Upon consideration, it is ORDERED AND ADJUDGED that:

(1)  To the extent that Defendant requests a continuance, the motion is **DENIED**;

(2)  To the extent that Defendant requests that the Court order the Government to provide Defendant access to all data underlying the summary charts provided in its discovery letter dated January 12, 2006, the motion is referred to the magistrate judge.

**DONE AND ORDERED** at Tampa, Florida, this 30th day of January, 2006.

SUSAN C. BUCKLEW
United States District Judge

Copies to:
Counsel of Record