UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  Case No. 8:05-cr-143-T-23MAP

MICHAEL A. ROSIN  IN CAMERA
_____/

### ORDER

This cause came on for consideration of Defendant Rosin's Motion to Seal this Motion and Defendant's Motion to Determine Competency to Participate in Sentencing Proceedings Pursuant to 18 U.S.C. § 4241.

The Court ORDERS as follows:

(1) Defendant Rosin's Motion to Seal this Motion and Defendant's Motion to Determine Competency to Participate in Sentencing Proceedings Pursuant to 18 U.S.C. § 4241 is GRANTED.

(2) The Clerk is DIRECTED to file *in camera* the motion to seal, the motion to determine competency, and this order.

DONE and ORDERED in Tampa, Florida on August 15th, 2006.

WILLIAM J. CASTAGNA
SENIOR UNITED STATES DISTRICT JUDGE

S-4