UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 8:05-cr-143-T-24MAP

MICHAEL A. ROSIN

## ORDER

THIS CAUSE having come on for consideration upon the motion of the government to seal the Government's Response to Defendant's Motion to Determine Competency to Participate in Sentencing Proceedings.

It is hereby ORDERED that the Government's Response and this Order be SEALED.

DONE AND ORDERED this 22nd day of August, 2006.

_____
Honorable William J. Castagna
United States District Judge

FILED
06 AUG 23 PM 1:34
CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA, FLORIDA