UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                    Case No. 8:05-cr-143-T-24MAP

MICHAEL A. ROSIN

_____

ORDER AND AMENDED JUDGMENT

This cause comes on for consideration of the United States of America's Motion to Correct Judgment (D-258). The Government states that it made mathematical mistakes in calculating the subtotal and total restitution figures. The Government requests the Court to correct the Judgment by changing the restitution payable to the individual victims to $47,865.64 and the total amount of restitution to $3,696,225.33. Defendant does not object to the motion. The Court finds the relief requested is appropriate.

The Court ORDERS as follows:

(1) The United States of America's Motion to Correct Judgment (D-258) is GRANTED.

(2) The October 12, 2006 Judgment in a Criminal Case as to Michael A. Rosin is hereby AMENDED and MODIFIED, in accordance with

the foregoing, to reflect a restitution Sub TOTAL of $47,865.64 and a total loss and restitution TOTAL of $3,696,225.33

(3) All remaining provisions of the October 12, 2006 Judgment are hereby ratified and confirmed.

DONE and ORDERED in Tampa, Florida on March 31, 2008.

WILLIAM J. CASTAGNA
SENIOR UNITED STATES DISTRICT JUDGE

Copies furnished to:

    United States Marshal
    United States Attorney
    United States Probation Office
    United States Pretrial Services Office
    Counsel for Defendant
    Defendant